**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MICHAEL LEE COWAN
ADC #81896                                                                                        **PLAINTIFF**

V.                      **CASE NO. 4:15-CV-593-KGB-BD**

WENDY KELLY, et al.                                                               **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**     **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. Parties may file written objections to this Recommendation. Objections must be specific and must include the factual or legal basis for the objection. To be considered, objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, parties may also waive any right to appeal questions of fact.

**II.**     **Discussion:**

Plaintiff Michael Cowan is an Arkansas Department of Correction ("ADC") inmate but is currently housed in the Bowie County Corrections Center ("BCCC") in Texarkana, Texas. He filed this lawsuit on September 22, 2015, challenging the BCCC's dietary decisions. (Docket entry #2) As written, Mr. Cowan's complaint did not state a

federal claim for relief. For that reason, he was ordered to file an amended complaint within 30 days of October 14, 2015, or risk dismissal of his complaint. (#3) To date, Mr. Cowan has not filed an amended complaint, and the time for doing so has passed.

As written, Mr. Cowan's complaint does not state a federal claim against either Director Kelly or Warden Page because he has not explained how either Defendant was personally involved in the BCCC's menu choices.

### III. Conclusion:

The Court recommends that Mr. Cowan's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's October 14, 2015 Order.

IT IS SO ORDERED, this 28th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE