**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MICHAEL LEE COWAN,**
**ADC #81896**                                                                                          **PLAINTIFF**

**v.**                                          **Case No. 4:15-cv-593 KGB/BD**

**WENDY KELLY,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition ("Recommendation") filed by
Magistrate Judge Beth Deere.  No objections have been filed.  After careful review of the
Recommendation, the Court concludes that the Recommendation should be, and hereby is,
approved and adopted as this Court's findings in all respects in its entirety.  The Court dismisses
without prejudice Mr. Cowan's lawsuit.

So ordered this 26th day of January, 2016.

_____
Kristine G. Baker
United States District Judge