# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MICHAEL LEE COWAN,**
**ADC #81896**                                                                                                    **PLAINTIFF**

**v.**                            **Case No. 4:15-cv-593 KGB/BD**

**WENDY KELLY,** *et al.*                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 26th day of January, 2016.

_____
Kristine G. Baker
United States District Judge